# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 17-cr-127 (1) |
| Aaron Lee Boshey (1), Defendant. | Date: 11/17/2017 |
| | Court Reporter: Maria Weinbeck |
| | Courthouse: Minneapolis |
| | Courtroom: 12W |
| | Time Commenced: 9:38 AM |
| | Time Concluded: 9:57 AM |
| | Time in Court: 19 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Clifford B Wardlaw
    For Defendant:    Kevin C Cornwell    ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | Y | | 46 months | | 3 years | | |

Said terms to run ☐ concurrently  ☐ consecutively

  ☐ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $0.
  ☐ Restitution in the amount of $0.
  ☐ Costs of prosecution in the amount of $0 to be paid .
  ☒ Special assessment in the amount of $100 to be paid immediately .

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted   ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

☐ Docket no.:  shall be unsealed at the time the judgment is filed.
☐ Docket no.:  shall remain sealed until.
☐ Docket no.:  shall be sealed indefinitely.

s/RJK<br>Law Clerk